



**FEDERAL TRADE COMMISSION**
# Identity Theft Report

FTC Report Number: 147293509

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Last Name: |
|---|---|
| Noah | Collins |

| Address: | Phone: | Email: |
|---|---|---|
| 308 E 90th St<br>Chicago , IL 60619<br>USA | 805-464-7358 | noahcollins279@gmail.com |

## Personal Statement

My personal identifying information was used to open a fraudulent account and make charges with my authorization. Someone used my name, address, social security number, phone number email address without my permission. Please block or remove this information from my credit report pursuant FCRA.

## Accounts Affected by the Crime

| Credit Card Opened by the Thief | |
|---|---|
| **Company or Organization:** | Discover |
| **Account Number:** | 6011004625316829 |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 7/2013 | 7/2020 | $ 27387 |

## Fraudulent Information on Credit Reports

| **Credit Inquiries** | Capital One, JPMCB Card Services |
|---|---|

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

| **Noah Collins** | **6/5/2022** |
|---|---|
| Noah Collins | Date |

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

# CHICAGO POLICE DEPARTMENT
# ORIGINAL CASE INCIDENT REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(6/03)-C)

RD #: **JD444016**
EVENT #: 2033306072
Case ID: 12231990  CASR229

## INCIDENT

**SUSPENDED**

| | |
|---|---|
| IUCR: | 1150 - Deceptive Practice - Credit Card Fraud |
| | 1153 - Deceptive Practice - Financial Identity Theft Over $ 300 |

| Occurrence Location: | 308 E 90th St Chicago IL 60619 090 - Apartment | Beat: 0633 | Unit Assigned: 9193 |
|---|---|---|---|
| | | | RO Arrival Date: 28 November 2020 13:08 |

Occurrence Date:  03 October 2019 14:00

## NON OFFENDER

**VICTIM - Individual**

Name: COLLINS, Noah

Res: 308 E 90th St
Chicago IL 60619
773 - 577 - 6920

Beat: 0633

Beat: 5100

**Demographics**
Male
Black

DOB: 18 February 1990
Age: 30 Years

Sobriety: Sober

## SUSPECTS

**Suspect # 1**

Name: UNKNOWN, Unknown

**Demographics**
Unknown
Unknown / Refused
Unknown Eyes
Unknown Hair
Unknown Hair Style
Unknown Complexion

## RELATIONSHIP

(Victim)            ( Offender )
COLLINS, Noah   is a   Unknown of   UNKNOWN, Unknown

## DOMESTIC INFO

## OTHER

**Miscellaneous**

Victim Information Provided

Flash Message Sent ? No

RD #: JD444016

---

Print Generated By:                    Page 1 of 2                    18-DEC-2020 09:18


powered by CLEAR Technology

**NARRATIVE**

event#06072. in summary (VICTIM) COLLINS, NOAH stated that (OFFENDER) UNKNOWN, UNKNOWN got a hold of his personal information and was able to receive replacement of VICTIM Discovery credit card. OFFENDER made transaction in the amount of $7650.00usc on 03oct2019 which was not VICTIM's transaction. vin given.

**PERSONNEL**

| | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Approving Supervisor | 2013 | | YOUNG, Ray, W | | 28 Nov 2020 13:40 | 376 | |
| Detective / Investigator | 20585 | | ZUBER, Michael, R | | 29 Nov 2020 09:41 | 604 | |
| Reporting Officer | 16345 | | CRUMLETT, Dominika, J | | 28 Nov 2020 13:11 | 376 | 9193 |

| File Number: | 428170935 |
|---|---|
| Date Issued: | 08/17/2022 |

Page 5 of 6



PLAINTIFF'S EXHIBIT B

# Your Investigation Results

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED:** The disputed item(s) was verified as accurate; however, other information has also changed.

**DISCOVER BANK** #601100462531**** ( PO BOX 30939, SALT LAKE CITY, UT 84130, (800) 347-2683 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Date Updated; Rating; Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 07/21/2013 | Balance: | $27,387 | Pay Status: | >Charged Off< |
| Responsibility: | Individual Account | Date Updated: | 08/16/2022 | Terms: | Paid Monthly |
| Account Type: | Revolving Account | Last Payment Made: | 04/06/2020 | Date Closed: | 07/14/2020 |
| Loan Type: | CREDIT CARD | High Balance: | $27,387 | >Maximum Delinquency of 120 days in 12/2020 and in 02/2021< | |
| | | Original Charge-off: | $27,387 | | |
| | | Credit Limit: | $17,500 | | |
| | | Past Due: | >$27,387< | | |

**Remarks:** DISP INVG COMP-RPT BY GRNTR; >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 06/2027

| | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | 120 | 120 | 120 | 90 | 60 | 30 | OK |

| | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 |
|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK |





myEquifax™ Noah Collins 15

Home

YOUR CREDIT

Credit Score

Credit Report

Summary

Revolving Accounts

Mortgage Accounts

Installment Accounts

Other Accounts

Consumer Statement

Personal Information

Inquiries

Public Records

Collections

Your Rights

YOUR IDENTITY

Freeze

Fraud & Active Duty Alerts

Dispute Center

Products for You

YOUR FEATURED SAVINGS OFFERS

Insurance

# Your Equifax credit report

As of **January 28, 2022**

**Credit Report date**

Equifax - January 11, 2021

< Back

## DISCOVER BANK

Report Date: Jan 11, 2021

## CLOSED

**ACCOUNT STATUS**

Closed accounts stay on your credit report for up to 10 years since the date of last activity. Negative information such as late payments or collections, generally stay on your Equifax credit report for up to 7 years from the date of first delinquency.

**Details** | Payments

### Overview

| | |
|---|---|
| **Account Number** | xxxxxxxxxxxx 6829 |
| **Account Status** | OVER_120_DAYS_PAST_DUE |
| **Owner** | INDIVIDUAL |
| **Account Type** | REVOLVING |
| **Creditor Classification** | |
| **Loan Type** | CREDIT_CARD |
| **Original Creditor Name** | |

| | |
|---|---|
| **Months Reviewed** | 48 |
| **Activity Designator** | |
| **Terms Frequency** | MONTHLY |
| **Term Duration** | |
| **Purchased From** | |
| **Sold To** | |

### Balance and Amounts

| | |
|---|---|
| **Balance** | $26,260 |
| **Credit Limit** | $17,500 |
| **High Credit** | $26,260 |
| **Available Credit** | $-8,760 |

### Account Dates

| | |
|---|---|
| **Date Opened** | Jul 21, 2013 |
| **Date Reported** | Jan 03, 2021 |
| **Date of Last Activity** | |
| **Date of First Delinquency** | May 01, 2020 |

### Comments and Contact

CONSUMER DISPUTES – REINVESTIGATION IN PROGRESS

For questions regarding this account please contact:

**DISCOVER BANK**
PO BOX15316
WILMINGTON, DE 19850-5316
(800) 347-2683

**Disputes**

If you find information in your credit report that you believe is incomplete or inaccurate, click FILE A DISPUTE.

FILE A DISPUTE

EFX
Copyright 2022 Equifax Inc. All rights reserved.

Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

Privacy Policy
Terms of Use | Ad Choices

Noah Collins   15

- Home

**YOUR CREDIT**

- Credit Score
- Credit Report
  - Summary
  - Revolving Accounts
  - Mortgage Accounts
  - Installment Accounts
  - Other Accounts
  - Consumer Statement
  - Personal Information
  - Inquiries
  - Public Records
  - Collections
  - Your Rights

**YOUR IDENTITY**

- Freeze
- Fraud & Active Duty Alerts

- Dispute Center

- Products for You

**YOUR FEATURED SAVINGS OFFERS**

- Insurance

# Your Equifax credit report

As of **January 28, 2022**

**Credit Report date**

Equifax - January 11, 2021 ▼

< Back

## DISCOVER BANK

Report Date: Jan 11, 2021

## CLOSED

**ACCOUNT STATUS**

Closed accounts stay on your credit report for up to 10 years since the date of last activity. Negative information such as late payments or collections, generally stay on your Equifax credit report for up to 7 years from the date of first delinquency.

| Details | **Payments** |

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2020 | OK | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 |
| 2019 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2018 | | | | | | | OK | OK | OK | OK | OK | OK |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |

**Legend:**
- OK - Pays as Agreed
- (Red) - Past Due
- C - Collection Account
- CO - Charge Off
- (Grey) - Too New to Rate
- B - Bankruptcy
- R - Repossession
- (Pattern) - No Data Available

### Payment Details

| | | | |
|---|---|---|---|
| Months Reviewed | 48 | Date of Last Payment | Apr 01, 2020 |
| Payment Responsibility | INDIVIDUAL | Scheduled Payment Amount | $550 |
| Deferred Payment Start Date | | Actual Payment Amount | |
| Date Closed | Jul 01, 2020 | Charge Off Amount | |

### Other Payments & Delinquencies

| | | | |
|---|---|---|---|
| Balloon Payment Date | | Delinquency First Reported | May 01, 2020 |
| Balloon Payment Amount | | Amount Past Due | $2,549 |

---

EFX

Copyright 2022 Equifax Inc. All rights reserved.

Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

Privacy Policy

Terms of Use | Ad Choices



## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

### The Results Of Our Reinvestigation

>>> *The information you disputed has been received. The results are:* THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry Date:* 03/01/2020   CR    CAPITAL ONE BANK USAH 99

>>> THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE.   Name: VERIZON

### Credit Account Information
(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)

| Account History Status Code Descriptions | | |
|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> **We have researched the credit account. Account # - 601100462531* The results are:** THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. If you have additional questions about this item please contact:

Prepared For

**Personal & Confidential**

| | |
|---|---|
| Date Generated | Feb 15, 2021 |
| Report Number | 1081-9287-88 |

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

**DISCOVER FIN SVCS LLC**

Account • 601100XXXXXXXXXX

This item was removed from your credit report. Please review your report for the details.

You can contact DISCOVER FIN SVCS LLC at PO BOX 15316, WILMINGTON , DE 19850 or (800) 347-2683



Deleted

 ## After your dispute

This item was removed from your Credit Report.

 ## Before your dispute

### Account Info

| | | | |
|---|---|---|---|
| Account Name | **DISCOVER FINANCIAL SERVICES** | Balance | $26,818 |
| | | Balance Updated | 01/14/2021 |
| Account Number | 601100XXXXXXXXXX | Recent Payment | $0 |
| Account Type | **Credit card** | Monthly Payment | $577 |
| Responsibility | **Individual** | Credit Limit | $17,500 |
| Date Opened | 07/21/2013 | Highest Balance | $26,818 |
| Status | **Closed. $3,100 past due as of Jan 2021.** | Terms | NA |
| Status Updated | 01/2021 | | |

### Payment History

|       | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021  | 150 | —   | —   | —   | —   | —   | —   | —   | —   | —   | —   | —   |
| 2020  | ○   | ○   | ○   | ○   | ○   | ○   | ○   | ○   | 30  | 60  | 90  | 120 |
| 2019  | ○   | ○   | ○   | ○   | ○   | ○   | ○   | ○   | ○   | ○   | ○   | ○   |
| 2018  | —   | —   | —   | —   | —   | —   | —   | ○   | ○   | ○   | ○   | ○   |

○    Current on payments

30    30 Days Past Due

60    60 Days Past Due

90    90 Days Past Due

120   120 Days Past Due

150   150 Days Past Due

### Payment history guide

150 days past due as of Jan 2021

120 days past due as of Dec 2020

90 days past due as of Nov 2020

60 days past due as of Oct 2020

30 days past due as of Sep 2020

---

 ### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Dec 2020 | $26,260 | $550 | $0 on 4/6/2020 |
| Nov 2020 | $25,730 | $556 | $0 on 4/6/2020 |
| Oct 2020 | $25,193 | $530 | $0 on 4/6/2020 |
| Sep 2020 | $24,682 | $536 | $0 on 4/6/2020 |
| Aug 2020 | $24,166 | $923 | $0 on 4/6/2020 |
| Jul 2020 | $25,670 | $543 | $0 on 4/6/2020 |
| Jun 2020 | $25,153 | $535 | $0 on 4/6/2020 |
| May 2020 | $24,639 | $977 | $0 on 4/6/2020 |
| Apr 2020 | $24,178 | $484 | $0 on 4/6/2020 |
| Mar 2020 | $16,999 | $340 | $0 on 3/9/2020 |
| Feb 2020 | $6,202 | $148 | $0 on 2/9/2020 |
| Jan 2020 | $6,555 | $132 | $0 on 1/10/2020 |
| Dec 2019 | $6,274 | $126 | $0 on 12/9/2019 |
| Nov 2019 | $6,771 | $171 | $0 on 11/10/2019 |
| Oct 2019 | $14,783 | $296 | $0 on 10/6/2019 |
| Sep 2019 | $6,006 | $153 | $0 on 9/9/2019 |
| Aug 2019 | $6,073 | $163 | $0 on 8/5/2019 |
| Jul 2019 | $6,078 | $152 | $0 on 7/7/2019 |
| Jun 2019 | $6,177 | $174 | $0 on 6/9/2019 |

## Additional info

Between Jun 2019 and Dec 2020, your credit limit/high balance was $17,500

### Contact Info

Address                PO BOX 15316,
                       WILMINGTON DE 19850

### Comment

**Current:**

Account closed at consumer's request.

**Previous:**

None

### Reinvestigation Info

This item was updated from our processing of your dispute in Jan 2021.

## If our reinvestigation has not resolved your dispute, you have several options:

→ **You may add a statement of up to 100 words to your report.** If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ **You may contact the company that reports the information to us and dispute it directly with them.** If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ **You may provide us additional information or documents about your dispute.** Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

## Removed Accounts

**DISCOVER BANK** ...as of 12/17/2021
**Account:** ...6829
**Initiated:** 12/16/2021
**Additional Information:** Identity theft account
**Status:** Investigation completed on 12/17/2021. Account deleted.

## Other Consumer Information 

Inaccurate or incomplete? Request an *investigation*.

## Inquiries 

### Requests Others Can See:

**Business & Dates Requested:**

**Sagestream, Llc/synchrony - Cr** ▶
09/19/2020

**Sagestream, Llc/synchrony** ▶
09/19/2020

### Requests Only You Can See:

**Business & Dates Requested:**

**Sagestream, Llc/discover Perso** ▶
02/29/2020

**Sagestream, Llc/synchrony** ▶
11/13/2020, 11/16/2020, 09/15/2021

**Sagestream,llc/gs Bank Usa** ▶
11/11/2021